# In the United States Court of Federal Claims

|  |  |
|---|---|
| ISA BRITTAIN, *et al.*,           )<br>                                              )<br>           Plaintiffs,            )<br>                                              )<br>v.                                       )<br>                                              )<br>THE UNITED STATES,      )<br>                                              )<br>           Defendant.          )<br>                                              ) | No. 18-342L<br><br>Filed February 5, 2021 |

## SCHEDULING ORDER

On January 29, 2021, the government filed a joint status report and a joint motion on behalf of the parties to amend the Court's November 18, 2020, Scheduling Order in the above-captioned rails-to-trails matter. ECF No. 69. In the joint motion, government counsel represents that the parties have reached a settlement on property damages for eight of the landowners and that the parties agree that further expert discovery is necessary regarding the claims of the remaining landowners. But, government counsel also represents that the parties require additional time to complete their rebuttal reports. And so, the parties request that the Court amend the schedule for expert discovery.

In light of the foregoing, the Court **GRANTS** the parties' joint motion to amend the schedule for expert discovery and **MODIFIES** the Scheduling Order dated November 18, 2020, as follows:

| | |
|---|---|
| The parties shall submit rebuttal expert disclosures and reports, if any. | **March 4, 2021** |
| Close of expert discovery. | **April 30, 2021** |

2

The parties shall **FILE** a joint status report regarding the status of expert discovery and their respective views on how this matter should proceed.                                  **April 30, 2021**

**IT IS SO ORDERED.**

                                s/ Lydia Kay Griggsby
                                LYDIA KAY GRIGGSBY
                                Judge